976 So.2d 724 (2008)
Grace WONG
v.
Mitchell J. HOFFMAN, Hillary Hurst Landry, and Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P.
No. 2007-C-2373.
Supreme Court of Louisiana.
February 1, 2008.
In re Landry, Hillary Hurst; Miller North America; Hoffman, Mitchell J.; Lowe, Stein, Hoffman, Allweiss, & Hauver L.L.P.;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. A, No. 03-1728; *725 to the Court of Appeal, Fourth Circuit, No. 2005-CA-1483.
Denied.